# CIVIL COVER SHEET

County in which action arose: Washtenaw

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FENF, LLC

## DEFENDANTS
SMARTTHINGSZ, INC.

**(b)** County of Residence of First Listed Plaintiff: Washtenaw County, MI
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Westchester County, NY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Don Darnell P55268
7926 Ann Arbor St., Dexter, Michigan 48130
734-424-5200 / dondarnell@darnell-law.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff, and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  |  ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) |  |  |
|  | ☐ 448 Education / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 USC 281
Brief description of cause:
Patent Infringment of Patent No. 8,002,675

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 1,750,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: October 25, 2012
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?    ☐ Yes   ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes   ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT

FenF, LLC,
    Plaintiff,

-vs-

SMARTTHINGZ, INC.
    Defendant.
_____/

Case No.
Hon.
Mag.

**Jury Demand**

## COMPLAINT FOR PATENT INFRINGMENT

Now comes Plaintiff, FenF, LLC, by its counsel, Don Darnell, and for its complaint against Smartthingsz, Inc., states as follows:

1. Plaintiff FenF, LLC (FenF) is a Michigan limited liability company with its principal place of business in Dexter, State of Michigan.

2. Defendant Smartthingz, Inc., d/b/a "SmartThingZ" is a New York corporation with its principal place of business in New York, State of New York.

### Jurisdiction and Venue

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1338 and 35 U.S.C. §281.

4. This Court has personal jurisdiction over SmartThingsZ. SmartThingsZ transacts business in Michigan, including but not limited to the sale of the accused product; SmartThingsZ has specifically directed its activities to Michigan; and acts of infringement have occurred in and beyond Michigan causing injury to FenF in Michigan.

5. The amount in controversy in this case exceeds $75,000.00 exclusive of interest and costs.

6. Venue is proper in this judicial district under 29 U.S.C. § 1391(c) and 1400(b).

## Common Allegations

7. FenF operates a successful product design, manufacturing, distributing and retail business that produces orthopedic health devices.

8. FenF has designed, manufactured and sold several different products over time to include a product called "YogaToes®."

9. Since its inception, FenF has continually analyzed the orthopedic needs of persons in order to create and sell innovative products.

10. FenF protects its investments in product research, development, and marketing with strong intellectual property safeguards like patents.

11. Accordingly, Plaintiff has obtained a United States Patent for a "Foot-Therapy and Toe-Aligning Device" on August 23, 2011, United States Patent No. 8,002,675 ("the '675 Patent") duly and legally issued to Frederic Ferri, as inventor, for the aforementioned orthopedic device to stretch and exercise the toes and feet, and since that date all rights to the '675 Patent, including but not limited to, the right to recover for infringement there under, has been assigned to FenF, LLC. A copy of the '675 Patent as issued is attached hereto as Exhibit A

12. All claims of the '675 patent are valid and enforceable.

13. At all relevant times subsequent to issuance of the '675 patent, Frederic Ferri and FenF,

LLC, together, or individually, have practiced under the exclusive rights conferred by the '675 patent and/or the patent upon which the '675 is a Continuation in Part of Patent No. 7,322,915, which is a division of, Patent No. 7,131,939, all of which are property of the Plaintiff.

14. At all times relevant since at least June 9, 2011, Defendant has advertised, offered for sale, and sold a product called "SmartToes" on its website at www.smartthingsz.com and www.amazon.com.

15. Promotional materials associated with SmartToes include the website, www.smartthingsz, videos, demonstrations, and articles. These materials have been available to individuals nationwide, including those located in this District, on the Internet.

16. In addition to selling the SmartToes device on its own website, Amazon.com, Beautiful Planet, Inc., and several sellers on eBay sell the SmartToes device online.

17. A true and accurate digital still image of the SmartToes device is attached hereto as Exhibit B.

**Count I**
**(Patent Infringement)**

18. Paragraphs 1-18 above, inclusive, are incorporated herein by reference.

19. SmartThingsZ have directly infringed the '675 patent, and continue to so infringe, by making, offering to sell, selling, or using within the United States, articles covered by one or more of the claims of FenF's '675 patent.

20. On information and belief, since at least August of 2011, SmartThingsZ were either aware of the '675 patent or was willfully blind in order not to become aware of the '675 patent.

21. Defendant has infringed and is infringing the '675 Patent, making Defendant liable for direct and/or indirect infringement under 35 U.S.C.§271, and 281-285.

22. FenF has suffered immediate and irreparable harm by SmartThingsZ's infringement conduct, and will continue to suffer said injury unless and until SmartThingsZ is enjoined from the infringing conduct.

23. SmartThingsZ's infringement conduct will continue unless immediately enjoined by the Court.

**RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment and order that:

 a. The '675 patent is valid and enforceable;
 b. SmartThingsz, Inc. have directly infringed FenF's '675 patent;
 c. SmartThingsz, Inc. have engaged in willful and deliberate infringement of the '675 patent;
 d. SmartThingsz, Inc. and its officers, agents, servants, representatives, employees and all others in concert or participation with them, directly or indirectly, be preliminarily and permanently enjoined from infringing, inducing others to infringe, or contributing to the infringement of the '675 patent pursuant to 35 U.S.C. § 284;
 e. SmartThingsz, Inc. be directed to fully compensate Plaintiff for all damages attributable to SmartThingsZ's infringement of the '675 patent in an amount according to proof at trial;
 f. Said damages be trebled;
 g. This case be deemed exceptional;
 h. Plaintiff be awarded reasonable attorneys' fees;
 i. Plaintiff be awarded reasonable expenses in this action, including the costs, fees,

and expenses in accordance with 35 U.S.C. § 285; and

j. Plaintiff be awarded such other and further relief as the circumstances of this case may require, and as the Court may deem just and proper.

October 26, 2012                                      Respectfully submitted,

                                                      Don Darnell (P55268)
                                                      7926 Ann Arbor St.
                                                      Dexter, Michigan 48130
                                                      734-242-5200
                                                      dondarnell@darnell-law.com

## JURY DEMAND

Plaintiff FenF, LLC hereby requests a trial by jury on all issues so triable.

October 26, 2012                                      Respectfully submitted,

                                                      Don Darnell (P55268)
                                                      7926 Ann Arbor St.
                                                      Dexter, Michigan 48130
                                                      734-242-5200
                                                      dondarnell@darnell-law.com