UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FENF, LLC

Plaintiff(s),                                    Case No.

v.                                               Judge

SMARTTHINGSZ, INC.                               Magistrate Judge

Defendant(s).
_____/

## REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, Eastern District of Michigan, on the following ☑ Patents or ☐ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,002,675 | 8/23/2011 | FenF, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date:   October 25, 2012

P55268
Darnell Law Offices
7926 Ann Arbor St.
Dexter, Michigan 48130
734-424-5200
dondarnell@darnell-law.com