UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FENF, LLC

           Plaintiff(s),

           Case No. 12-14770

v.

           Judge Patrick J. Duggan

SMARTTHINGSZ, INC.

           Magistrate Judge Mona K. Majzoub

           Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, FenF, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: October 26, 2012

*/s/ Don Darnell*
P55268
Darnell Law Offices
7926 Ann Arbor St.
Dexter, MI 48130
734-424-5200
dondarnell@darnell-law.com