UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FenF, LLC,

                    Plaintiff(s),

v.                                       Case No. 2:12−cv−14770−PJD−MKM
                                                           Hon. Patrick J. Duggan

Smartthingsz, Inc.,

                    Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 219, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE: January 22, 2013 at 02:00 PM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                         By: s/M. Orem
                                                                             Case Manager

Dated:   December 13, 2012