UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FenF, LLC,

                    Plaintiff(s),

v.                                       Case No. 2:12−cv−14770−PJD−MKM
                                       Hon. Patrick J. Duggan

Smartthingsz, Inc.,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Patrick J. Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 861, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  January 22, 2013 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/M. Orem
                                                     Case Manager

Dated:   December 13, 2012