# EXHIBIT H

**SCREEN SHOT OF SMARTTHINGZ'S LISTING ON AMAZON.COM**

| | | | | |
|---|---|---|---|---|
| Try Prime | Richard's Amazon.com | Today's Deals | Gift Cards | Sell | Help |

Shop by Department | Search All | yoga toes | Go | Hello, Richard Your Account | Try Prime | 0 Cart | Wish List

Health & Personal Care · Best Sellers · New Arrivals · Baby & Child Care · Vitamins & Diet Supplements · Sports Nutrition · Household Supplies · Health Care · Personal Care



SmartToes Toe Stretcher & Straightener: Alleviate Bunions, Hammer Toe & Plantar Fasciitis. Align ... & Feet. Ultimate Relief For ...ssed Out Feet!

...rtThingz

174 customer reviews | 3 images

...swered questions

...ce: $34.95
...ce: $29.95 & FREE Shipping on orders over $35. Details
...ve: $5.00 (14%)

...ck.
... Beautiful Planet and Fulfilled by Amazon.

- ...ate Relief For Stressed Out Feet!
- Align Toes and Feet.
- Increase Circulation & Flexibility.
- Relieve Hammer Toe, Bunions & Plantar Fasciitis
- Alleviate Pain Caused By Uncomfortable Shoes

Click to open expanded view

Qty: 1

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Add to Cart

or

**Sign in** to turn on 1-Click ordering.

Add to Wish List

Share

## Frequently Bought Together



Price for all three: **$44.29**

Some of these items ship sooner than the others. Show details

☑ **This item:** SmartToes Toe Stretcher & Straightener: Alleviate Bunions, Hammer Toe & Plantar Fasciitis. Align Toes ... $29.95
☑ Comfy Toes Foot Alignment Socks (Small/Medium) $6.06
☑ Profoot Flex-tastic Toe Relaxers, Fits All $8.28

## Customers Who Bought This Item Also Bought

Page 1 of 10

   

| Comfy Toes Foot Alignment Socks (Small / Medium) | Profoot Flex-tastic Toe Relaxers, Fits All | Comfy Toes Foot Alignment Socks Toe Spacer Relaxing Comfort Large | FootSmart Gel-Lined Compression Toe Separating Socks, Pair |
|---|---|---|---|
| (131) | (149) | (52) | (42) |
| $6.06 | $8.28 | $5.88 | $12.99 |

## Important Information

**Indications**

Bunion Treatment, Hammer Toe Treatment, Foot Pain, Toe Pain, Plantar Fasciitis Treatment, Stress Relief, Tailor's Bunion, Toe Stretcher & Straightener, Stretch Achilles Tendon.

**Ingredients**
Medical grade gel. One pair per case.

## Product Description

Do you wear shoes which by the end of the day leave your toes and feet all squished up and unhappy? You're risking plantar fasciitis, bunions, hammer toe, and other inconvenient and unsightly foot problems. SmartToes Toe Stretchers' unique design with an extended base will help straighten and align your toes and feet, stretch your Achilles Tendon, as well as re-energize your entire body! SmartToes Are The Ultimate Toe Stretcher & Exerciser. The breakthrough design will help alleviate foot pain and promote overall fitness and wellness. By simply wearing your SmartToes, you are stretching your feet and toes and increasing your flexibility. Unlike conventional toe stretchers, SmartToes are designed to provide you with the freedom of movement. SmartToes will help improve your posture and strengthen your joints. To get started, moisten your SmartToes with warm water. Stretch them around your foot with the big toe going into the bigger end. The more you wear them, the faster you will see and feel results. Start with a five-minute session and gradually increase the amount of time you wear them. You may feel a slight tension in your muscles, this means you're working some muscle groups that may have been previously neglected, and SmartToes are on the job! You're immediately strengthening your feet, toes and ankles. SmartToes are made of the highest quality medical grade gel and are hypo-allergenic and latex free. To clean, simply wash with soap and warm water. SmartToes are a one size fits all unisex product and are packed in a handy carrying case.

## Product Details

**Product Dimensions:** 4.5 x 2 x 3 inches
**Shipping Weight:** 12 ounces (View shipping rates and policies)
**ASIN:** B001OA3KJS
**UPC:** 013977110504
**Item model number:** Toe Stretcher & Straightener
**Average Customer Review:**          (174 customer reviews)
**Amazon Best Sellers Rank:** #2,154 in Health & Personal Care (See Top 100 in Health & Personal Care)
   #8 in Home Improvement > Safety & Security > Personal Protective Equipment > **Safety Footwear**
   #8 in Health & Personal Care > Health Care > Foot Care > Inserts & Insoles > **Insoles**

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Customers Who Viewed This Item Also Viewed

Page 1 of 8

   

Toe Stretchers - Pain Relief for Bunion / Plantar Fasciitis / Hallux Valgus ...
     (53)
$17.99

Comfy Toes Foot Alignment Socks (Small / Medium)
     (131)
$6.06

Profoot Flex-tastic Toe Relaxers, Fits All
     (149)
$8.28

Gel Bunion Toe Spreader Eases Pain (Set of 2)
     (43)
$3.49

## Product Ads from External Websites (What's this?)

**Sponsored Content**   Page 1 of 7

    

Bunion Bootie, Soft Flexible Bunion Treatment Splint
$33.95
+ $6.95 Est. shipping
**Bunion Bootie**

Shoe Stretcher With Bunion Knobs
$21.95
No Shipping Info
**Vermont Country Store**

YogaToes - Yoga Toes Sport Small 7.5 - 11 Womens 6.5 - 9.5 Mens...
     (4)
$39.95
No Shipping Info
**LuckyVitamin**

YogaToes
$39.95
No Shipping Info
**mySpaShop Virtual Spa**

YogaToes - Yoga Toes Medium - 11.5 & Larger Womens - 10-13 Mens...
     (12)
$39.95
+ $5.95 Est. shipping
**LuckyVitamin**

See a problem with these advertisements? Let us know          Advertise here

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **Gel Flex Toe Stretchers** — Stretch Away **Yoga Toe** Pain Now With FootSmart Gel Flex Stretchers! — www.footsmart.com/**Yoga**_**Toe**_Pain
- **YogaToes® Coupon Codes** — Save $10 On **YogaToes**® Today! Use Coupon Code: SAVE — www.**yoga**pro.com/**yogatoes**
- **Huge Yoga Toes Sale** — Buy **Yoga Toes Toe** Stretchers. **YogaToes** Original, Gems and Sport! — www.luckyvitamin.com/**YogaToes**

See a problem with these advertisements? Let us know

---

## Customer Questions & Answers

**Q: No matter how hard I try, I can't seem to get my 4th and 5th toes to fit this device. Any suggestions?**
**A:** you could try and soak the device in warm water until it is real limber. it could be that your toes are too small to fit the device. it takes me a...
   See more   |   See all 9 answers

**Q: Do they work for 'crossover toe' where the second toe crosses over the big toe?**
**A:** No. I have that problem and it did not help it. They are also very painful to wear. Don't waste your money.
   See all 4 answers

**Q: plantar**
**A:** i don't understand. there is no question. only the word plantar. i would love to help but am unable to unless i have more info
   See all 3 answers

**See all 7 questions & answers**

[Have a question? Ask the owners here.]   [Ask owners]

---

## Customer Reviews

(174)
3.8 out of 5 stars

| | |
|---|---|
| 5 star | 84 |
| 4 star | 30 |
| 3 star | 20 |
| 2 star | 19 |
| 1 star | 21 |

See all 174 customer reviews

Both of the smart toes tore down the middle.
— Melanie E. Burton

The first time I used them they HURT and could barely wear them for 5 minutes, now I can wear them for up to half an hour and my feet feel SO much better.
— Christina R Olson

I really like how my feet feel when they are on.
— Lynn F

Advertisement

### Product Images from Customers

 

See all 3 customer images

### Most Recent Customer Reviews

**I like them.**
My feet were starting to get bunions from tight fitting shoes and used to ache at night after I got home.
Read more
Published 5 hours ago by Mary Mason

**They would probably work if I took the time to use then properly**

### Most Helpful Customer Reviews

124 of 130 people found the following review helpful
**Skeptic Turned Believer**
By Taurus4554 on June 17, 2011
**Amazon Verified Purchase**
I was diagnosed with "hammer toes" about a year ago. Walking has been miserable, because they put pressure on a different part of the foot, especially the plantar region, causing even more pain with each step. No cure for them, but there is treatment such as stretching the toes &/or wearing sandals as much as possible.

Two and a half weeks ago, I did some research to see if I could find ANYTHING to help me. I stumbled across "Smart Toes" by accident, then came to Amazon to find them.

When I first started them, it hurt. I will NOT lie on this point. It has been so long since I felt the freedom of my toes being normal, it hurt. But, I kept using them on a daily basis, wearing them

longer each time. I haven't been able to to the walking with them yet, but I can tell you, right now, the pain in my foot is still there, but A WHOLE LOT LESS! In fact, I cannot believe the difference in just the last 2 weeks! I have them on as I type this so I can give you a glimpse of the feeling. They are gel, first. Soft, pliable, yet still strong enough. Because my feet are bad, I have to actually position 2 toes on both feet by hand between the separators. The instructions say that you will hurt, because you are using new muscles most of us never use at all!

I highly recommend these for anyone who has hammer toes, like me, or other specific foot problems, or even if your feet are just "tired" all the time. Great product!

7 Comments    Was this review helpful to you?  | Yes |  | No |

68 of 73 people found the following review helpful
**superb relief for tailor's bunion**
By Bibhu P. Mohanty on December 7, 2010
Amazon Verified Purchase
I tried a number of products for tailor's bunion relief, and this one is by far the most effective. I try to wear it for at least 30 minutes every day. I experimented with not wearing it for a day and felt much worse. It seems to work by stretching the muscles and ligaments that are too tight and realigning the joints so that the foot functions properly.

Comment    Was this review helpful to you?  | Yes |  | No |

24 of 27 people found the following review helpful
**THE BEST yoga toes!**
By Shelley on July 5, 2010
Amazon Verified Purchase
These are the best yoga toes on the market. I wear them for bunions and get dramatic relief

1 Comment    Was this review helpful to you?  | Yes |  | No |

50 of 60 people found the following review helpful
**Give them time**
By doredeb on March 18, 2012
Was going to return these after only a few days...but I'm glad I "broke them in." These were not just uncomfortable at first, they HURT. It's really hard to believe that the same product is suitable for someone with a size 5 foot and someone with a 12. I have very small feet, and even though the stretchers are made of gel, they were still hard to put on my feet (let alone keep them on for any length of time). I was counting the seconds the first day just to keep them on the recommended 5 minutes. I'm not sure people with larger feet would have the same issue. Having said this...after a couple of weeks of dedication - and increasingly longer wear times - I believe these have helped a lot. I put them on at night for about 30 minutes, and they really help to relax and stretch my toes and feet. It took a while - but I'm very happy with this purchase and would recommend them to others.

Comment    Was this review helpful to you?  | Yes |  | No |

19 of 21 people found the following review helpful
**Works well**
By ¢¾ Leah ¢¾ on June 4, 2011
Amazon Verified Purchase
These are very good yoga toes or toe strechers. I was haveing problems holding yoga poses due to my feet and toes hurting. Toe stretching works very well for balance and to make your feet stonger.

Comment    Was this review helpful to you?  | Yes |  | No |

42 of 51 people found the following review helpful
**Miracle in Plastic**
By Cassandre on March 13, 2011
Amazon Verified Purchase
I have a number of joint issues that make it very painful for me to walk without wearing custom orthotics and shoes. The SmartToes Ultimate Toe Stretchers enable me to walk around barefoot with almost no pain.

Comment    Was this review helpful to you?  | Yes |  | No |

30 of 36 people found the following review helpful
**Absolutely AMAZING**
By real estate investor on June 17, 2011
Amazon Verified Purchase

---

I loved the idea of these so am giving them 4 stars because they do appear to do the job if used according to directions.  Read more
Published 1 day ago by Lola Bird

**SmartToes Happy Feet**
I used SmartToes because of discomfort under the ball of my left foot. After reading prior reviews, I thought it might help my condition.  Read more
Published 4 days ago by A Williams

**I don't see any help for my toes...**
I have no problem to hook this cute gel on my toes. But I don't feel anything special after 1 hour on my toes....
Published 9 days ago by sline

**good for cramped feet**
Stretches my toes and makes them feel less cramped. Hasn't fixed the crookedness yet. I do highly recommend. Start with a little time and work your way up.  Read more
Published 14 days ago by DZ

**Hard to put on**
I wear a size 6.5 shoe. I warm these in hot water and put on wet. It works. I haven't had long enough to see if it will help my small toe from tilting inward.  Read more
Published 16 days ago by Lucy Smith

**Helps the Pain!!!**
I have tried many things to help my arthritis in my feet. Pretty comfortable and easy to use. These are amazing!!
Published 18 days ago by Cheryl A. Fuhr

**broke after two months!**
I was excited to get this product since I thoroughly read reviews and knew I had to address my bunion and hammertoes.  Read more
Published 20 days ago by MidloMom

**comfy**
work as suggested, comfortable, adjustable, don't wiggle out from between the toes. could wear them for extended periods once used to them!
Published 22 days ago by Shannon M. Johnston

**It works**
The price is so much cheaper on Amazon than any store. Always check before purchasing elsewhere! Exactly what I wanted but it takes some getting use too.
Published 26 days ago by Mari

**Search Customer Reviews**
[                    ] | Search |
☑ Only search this product's reviews

I ordered these because I think I'm developing a hammer toe and the pain is getting worse and worse. Wearing these is so unbelievably relaxing, I can't even begin to describe it! It feels like a full body massage, I'm not kidding. From just 5 minutes of wearing them I feel ridiculously relaxed for another hour or so afterwords. I can only imagine what it'll be like when I can wear them longer! It's only been a couple of days so I can't tell how much they're helping the hammer toe, but based on the feeling of relaxation alone I want to buy these for everyone I know. I don't think I've ever reviewed anything before, but these are worth talking about!! BUY THEM even if you don't have any specific foot or toe problems!

Comment    Was this review helpful to you?   | Yes |   | No |

42 of 52 people found the following review helpful
**Aaaahhhh Where have these been all my life?!**
By **ComicGurlGeek** on March 29, 2012
**Amazon Verified Purchase**
I was born with what can only be described as freakishly long toes, with the second toe bigger than the first, and the third toe almost as long as the first! Shoes never really fit me right, as the rest of my feet crowd my toes and make them curl under when I walk. I've broken every single one of my poor, mistreated toes at least once by essentially tripping over them.

Also, I've always noticed that I have massive calf muscles that are aways tight and knotted. Not sure if it's related to the odd way I walk, but it definitely is a pain.

The Smart Toes stretchers are great for both problems: my toes, feet, and calves feel unbelievably soothed while I wear them, like a great stretch after sitting still for hours. Other reviewers mentioned that they could not wear the Smart Toes for more than a few minutes at a time at first; myself, the only reason I take them off when I'm at home is because I don't want to walk around in them and get them dirty. I really wish I'd found these years ago!

Comment    Was this review helpful to you?   | Yes |   | No |

**See all 174 customer reviews (newest first)**

| Write a customer review |

---

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

---

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

### Your Recently Viewed Items and Featured Recommendations

You viewed        ▸ View or edit your browsing history

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought







**Sony NEX-6: From Snapshots to...**
› Jerod Foster
(48)
Paperback
$16.97 Prime

**Goja 72-77MM Step-Up Adapter...**
(415)
$4.49

**Wasabi Power Battery and...**
(219)
$26.99 Prime

**Sony Semi-Hard Plastic...**
(58)
$10.99

**Opte Rem...**
$6.9

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
|  |  |  | Help |

amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Askville<br>Community<br>Answers |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates