UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FENF, LLC,

    Plaintiff,

v.

SMARTTHINGZ, INC.,

    Defendant.
_____/

Case No. 12-cv-14770
Honorable Patrick J. Duggan

## **PERMANENT INJUNCTION ORDER**

In an Opinion and Order issued on this date, the Court granted Plaintiff FenF, LLC's motion for a permanent injunction pursuant to 35 U.S.C. § 283. In accordance with that decision, Defendant SmartThingz, Inc. ("SmartThingz"), its officers, agents, servants, employees, and others who are in active participation with it, are **PERMANENTLY ENJOINED** from continuing to infringe claim 35 of U.S. Patent No. 8,002,675 and from making, using, offering for sale, or selling throughout the United States or importing into the United States SmartThingz's SmartToes product as well as any other current or future products that embody technology protected by claim 35 of U.S. Patent No. 8,002,675 for as long as the patent remains in force.

    **SO ORDERED**.

Dated: April 14, 2014        s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:
Guy T. Conti, Esq.
Michael J. Druzinski, Esq.
Richard W. Hoffman, Esq.
Joel L. Dion, Esq.
Todd A. Holleman, Esq.